# EXHIBIT 2

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: SIMON, Ellourth Eladio aka "Negro" | Investigation Number: 784015-21-0042 | Report Number: 36 |
|---|---|---|

**SUMMARY OF EVENT:**

Forensic extraction pursuant to a Federal search warrant by Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF.)

**NARRATIVE:**

1. On February 25, 2022, pursuant to an ongoing Federal criminal investigation, Digital Media Collection Specialist (DMCS) Special Agent (SA) Frank Cheng took possession of the digital evidence in relation to ATF case number 784015-21-0042. The exhibit is identified as follows:

    a. Apple I Phone 12 Pro Max, Model: MG9J3LL/A, Serial #: G0NDW5Z90D46, IMEI #:35157259337321, Apple operating system, cell phone.

2. This digital investigative activity was requested by SA Timothy Holden from the ATF Los Angeles I Field Office on or about February 25, 2022, pursuant to the execution of a Federal search warrant 2:22-MJ-00700 on the devices on February 25, 2022. The above items were already in ATF custody prior to the application and execution of the warrant and the extractions on the above identified item began on February 25, 2022 and were conducted by SA Cheng.

3. On February 25, 2022, ATF SA Cheng extracted digital evidence from the digital device. Upon receipt of the item it was determined that the cell phone did contain a SIM card, that the mobile device was locked with PIN protection, the mobile device did not contain storage media, and there did not appear to be visible damage to the exterior of the cell phone. The cell phone was already in airplane mode when SA Cheng took possession of the item.

4. An ATF issued laptop issued by the ATF Digital Media Branch with the mobile tool acquisition software/recovery tool identified as Cellebrite UFED 4PC was utilized for the cell phone acquisition. A physical acquisition was not available for the cell phone. In order to obtain the data for this mobile device, a partial logical acquisition and an advanced logical file system acquisition was conducted by SA Cheng. It should be noted that the SIM card was not physically removed for processing from the cell phone itself prior to their acquisitions and that these items were extracted together.

| Prepared by: Frank Cheng | Title: Special Agent, Los Angeles I Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Jarett J. MacMaster | Title: Resident Agent in Charge, Los Angeles I Field Office | Signature: | Date: |
| Second level reviewer (optional): Monique Y. Villegas | Title: Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

| Title of Investigation: SIMON, Ellourth Eladio aka "Negro" | Investigation Number: 784015-21-0042 | Report Number: 36 |
|---|---|---|

5. The forensic extraction was entered into evidence as Exhibit #81.

6. The mobile device was released back to SA Holden and a forensic copy with the results of the cell phone extraction was given to SA Holden for further review.