9. The following is a short summary of a text message exchange between PENA and telephone number, 312-838-9151 (File Chicago) or "Chicago".

    a. On July 12, 2022, (page 3 of pdf) "Chicago" stated, "There's just that glock right now", "And there's a glock 19 in the box to", and "Glock 26 and Glock 19". PENA replied, "Glock 19 Sen me a pic and price"

        i. Using a manual search of the device SA Holden observed a video sent from "Chicago" to PENA. SA Holden observed distinct tattoos on the left arm of the individual holding the firearm.





    b. After the video, PENA asks "How Much", "Chicago" replied, "$1,200 for both", "1200 a piece". PENA replied, "Each rigth" and "Damm that glock 19 with my chip I want". "Chicago" stated "That 19 clean as fuk", PENA replied "I kno with the huevo de toros drum and that silencer". "Chicago stated, "Fuck yea. You can sell that bitch for like 5k" PENA replied "I want to keep it I fuck up with My glock 17", "I sold it". "Chicago" stated, "Shheeeeesh", PENA replied. "Idiot but fuck it part of the game I want a micro mini Draco AK 47 too".

c. On July 19, 2022, "Chicago" sent PENA 2 pictures depicting firearms, PENA replied "K hold"



10. Using law enforcement databases, SA Holden identified the telephone number, 312-838-9151, registered to Eric MELGOZA (DOB: ▨ 1990; FBI ▨.

   a. Using agency resources, SA Holden identified the following information regarding MELGOZA.

      i. Name: Eric MELGOZA

      ii. DOB: ▨ 1990

      iii. SSN: ▨

      iv. Address: ▨. Phoenix, AZ. ▨

      v. Arizona Driver's License: ▨

   b. SA Holden reviewed MELGOZA's criminal history and is aware MELGOZA has been convicted of two felony crimes punishable by a term of imprisonment exceeding one year.

   c. SA Holden observed the WhatsApp contact image saved as "Chicago" resembled the same individual depicted in MELGOZA's Arizona Driver's License.

| Title of Investigation: SIMON, Ellourth Eladio aka "Negro" | Investigation Number: 784015-21-0042 | Report Number: 46 |

Case 2:22-cr-00366-GW   Document 110-9   Filed 05/02/23   Page 3 of 6   Page ID #:806




d. SA Holden observed a public Facebook account for Eric MELGOZA. SA Holden observed one of the photos posted on the account was the identical photo PENA had saved as the contact photo for "Chicago".



| Title of Investigation: SIMON, Ellourth Eladio aka "Negro" | Investigation Number: 784015-21-0042 | Report Number: 46 |

Case 2:22-cr-00366-GW   Document 110-9   Filed 05/02/23   Page 4 of 6   Page ID #:807



11. The following is a short summary of a text message exchange between PENA and telephone number, 818-858-8219 (File Pickford) or "Pickford".

    a. On June 7, 2022, (page 1 of pdf) PENA stated "Hey I got a glock chip for 1,400", "Makes them full auto", "Pickford" asked, "Can you put that on a p80 the one you put together". PENA replied, "Yeah". Pickford informs PENA he will look for a buyer for the machine gun conversion kit.

    b. On June 20, 2022, (page 18 of pdf) PENA states, "Bro I got toys coming you got what's app?"

    c. On June 26, 2022, (page 20 of pdf) PENA states, "Yo I found a buyer", "Pickford" states "Ok so what now". PENA asks, "We're you at", "Pickford" replies, "I'm in mid town…but I left it in my locker at work", PENA replied, "Okay tomorrow then". On July 27, 2022, (page 22 of pdf) PENA asks, "You got it", "Pickford", states "Yeah I'm at work now you can come get it". On July 28, 2022, (page 28 of pdf), PENA states, "Yo I got money for sig", "Pickford" replies, "I'm at work you can come get it if you can". "Pickford" then sent PENA their location. PENA asks, "Can I give you 400 now then wen I turn the thing in he gonna give me the rest?", "Pickford" replied "Ok"

    d. On August 9, 2022, (page 54 of pdf) "Pickford" stated, "I'm putting together a p80 I need a upper you got one", PENA replied, "Let me ask witch one you want ?". "Pickford" stated, "9" (street vernacular for 9mm firearm), PENA replied, "G17 , 19 ?" (street vernacular for a Glock model 17 or 19 firearm), "Pickford" stated, "19…what weed you got?". PENA stated, "See look I'm stuck" and sent a screen shot of conversation between PENA and "Chicago" in which "Chicago" says, "I'm get rid of these things here ill send you the bread soon as I do". PENA stated, "Damn ese how shit works the foo with the P wants toys now we fuck cus of home girl" and "Chicago" replied, "They to close right now. They still snooping around. I'm just lay back for a little bit". PENA sending the text message conversation to "Pickford" implies PENA is unable to provide the firearm part due to "Chicago", a firearms supplier, having to "lay back for a bit".



12. SA Holden observed a photo on PENA's phone, from December 15, 2021, depicting money uniquely folded similar to that of UC 5227 when they are conducting firearms transactions.

| Title of Investigation: SIMON, Ellourth Eladio aka "Negro" | Investigation Number: 784015-21-0042 | Report Number: 46 |

Case 2:22-cr-00366-GW  Document 110-9  Filed 05/02/23  Page 6 of 6  Page ID #:809



**ATTACHMENTS:**

- Conversations between PENA and individuals regarding the sale of firearms

- Mobile Extraction Report

- Arizona DL for MELGOZA

- Criminal History for MELGOZA